**1143** BELKNAP vs. BOARD OF CANVASSERS (Ionia), No. 13242, 94 M., 516.

To compel respondent to re-convene and canvass the votes cast for the office of representative in Congress according to the original returns, respondent having assumed, upon the application of relator's opponent, to re-count the ballots under the provisions of Act No. 208, Laws of 1887.

Granted February 3, 1893, without costs.

**1144** HOWARD vs. BOARD OF CANVASSERS (St. Clair), No. 11956.

To compel respondents to re-assemble and re-canvass the vote of the county, and in such canvass to count and consider the returns made by the inspectors of election in the second and fourth wards, of the City of Port Huron, of the votes cast for relator and his opponents, as candidates for the office of regent of the University and for the candidates for the office of associate justice of the Supreme Court, the said returns having been rejected by respondents because they bear date April 7, whereas the election was held April 6.

Granted in the alternative April 23, 1891.